754 A.2d 525

IN THE MATTER OF IRWIN R. REIN, AN ATTORNEY AT LAW.

July 17, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **IRWIN R. REIN** of **WEST ORANGE,** who was admitted to the bar of this State in 1962, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(b) (failure to give client information necessary to make an informed decision), and *RPC* 8.4(c) (misrepresentation), and good cause appearing;

It is ORDERED that **IRWIN R. REIN** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.